**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

NOV 26 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY HENRY WILLIAMS,

Defendant - Appellant.

No. 23-644

D.C. No.
2:21-cr-00722-MTL-1

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
Michael T. Liburdi, District Judge, Presiding

Submitted November 20, 2024**

Before:     CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Anthony Henry Williams appeals from the district court's judgment and

challenges his jury-trial convictions and concurrent 48-month sentences for false

claims, conspiracy, mail fraud, and transactional money laundering, in violation of

18 U.S.C. §§ 287, 371, 1341, and 1957.  The judgment also ordered forfeiture of

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

real property and two vehicles and restitution in the amount of $596,628.00. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Williams has filed a pro se supplemental opening brief and a supplemental affidavit in support of his position. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), which includes consideration of Williams's pro se arguments, discloses no non-frivolous grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**